# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

CARDINAL BRANDS, INC. and
BENSONS INTERNATIONAL SYSTEMS,
INC.,

       Plaintiff,                        Civil No. 05-2472-CM

ESSELTE LEITZ GmbH & Co. KG,

       Involuntary Plaintiff,

v.

ACCO BRANDS CORPORATION,

       Defendant,

and

ACCO BRANDS USA, LLC.,

       Counterclaimant.

## ORDER OF DISMISSAL WITH PREJUDICE

Upon stipulation of the parties (Doc. 40) and for good cause shown, it is hereby

**ORDERED** that the above-captioned case is dismissed with prejudice, each party to bear its own fees and costs.

**IT IS SO ORDERED** this 5th day of April, 2010 at Kansas City, Kansas.

                                              s/ Carlos Murguia
                                              **Carlos Murguia**
                                              **U.S. District Judge**